USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NATIONAL ASSOCIATION for STOCK CAR AUTO RACING, INC. and NASCA

v.

ST. PAUL SURPLUS LINES INSURANCE COMPANY, THE ST. PAUL TRAVELERS COMPANY, INC. and THE TRAVELERS COMPANIES, INC.

Civil Action No. 1:07-CV-01002

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to this actions, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is hereby discontinued with prejudice and without costs to any party. This stipulation may be filed without further notice with the Clerk of the Court.

FRENCH & RAFTER, LLP

By: _____
John M. Krug, Esq.
Bar Roll No. JK4966

29 Broadway, 27th Floor
New York, New York 10006
Tel: (212) 797-3544
Fax: (212) 797-3545
jkrug@frenchrafter.com

*Attorneys for Plaintiffs*

KENNEY SHELTON LIPTAK NOWAK LLP

By: _____
Judith Treger Shelton, Esq.
Bar Roll No. JS-5912

Suite 510 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Tel.: (716) 853-3801
Fax: (716) 853-0265
jtshelton@kslnlaw.com

*Attorneys for Defendants*

SO ORDERED:
September 2, 2008
~~August ___, 2008~~

_____
Magistrate Ronald L. Ellis

2